16 BURNING TREE DRIVE
NEWBURGH, NEW YORK 12550

**APPLICATION GRANTED
SO ORDERED**

*/s/ John G. Koeltl*
4/10/08    John G. Koeltl, U.S.D.J.

April 3, 2008



Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

      Re:  White v. Marshall
            07 Civ. 9350 (JGK)

Your Honor:

      I represent the respondent in the above-referenced habeas corpus proceeding. I was served by the Attorney General's response (filed March 18, 2008) by regular mail on March 20 and would like to reply to points made in the brief. I am a solo practitioner whose practice includes trial work as well as appellate and as such am facing a heavy spring schedule of both. I am most respectfully requesting an extension of deadline time to respond to June 1, 2008.

      Following your receipt of all briefs, I am requesting oral argument. I have discussed both issues, the extension and request for argument with Assistant Attorney General Lisa Fleischmann who has consented to both.

      Thank you for your consideration.

                      Sincerely yours,

                      Edward Hamlin
                      Attorney for Johnny White
                      (845) 565-0706
                      (845) 565-2975 FAX

cc: AAG Lisa Fleischmann