UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```

----------------------------------------X

JOHNNY WHITE ,                           STIPULATION OF SERVICE

                Petitioner             07 CIV 9350 (JGK)

-against-

LUIS MARSHALL,

                Respondent

------------------------------------- x

It is stipulated between Edward Hamlin, counsel for Petitioner Johnny White and Assistant Attorney General Lisa Fleischmann that she consents to the extension to file petitioner's reply brief from June 1, 2008 to June 4, 2008, She will furthermore accept service by mail, mailed on June 4, 2008

_____                _____
Edward Hamlin                                    Lisa Fleischmann

APPLICATION GRANTED
SO ORDERED

6/4/08

John G. Koeltl, U.S.D.J.